IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0190

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHERYL HREN and JEFFRY J. NELSON,

      Defendants and Appellants.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 1 2021